88 A.3d 968

**Furman OSBORNE, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA County, Respondent.**

No. 9 EM 2014.

Supreme Court of Pennsylvania.

April 1, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 1st day of April, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**